**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CODING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSN, INC.,<br><br>Defendant. | CASE NO: 8:17-cv-2401-T35 TBM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR HSN, INC. TO RESPOND TO CODING TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES, FIRST SET OF REQUESTS FOR PRODUCTION, AND FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Rule 3.01 of the Local Rules of the Middle District of Florida, Defendant HSN, Inc. ("HSN") moves for an extension of time from April 12, 2018, to May 14, 2018, to respond to the First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission served by Coding Technologies, LLC ("Coding Technologies") on March 13, 2018. Coding Technologies does not oppose the extension. In support, HSN states:

1. Coding Technologies served its First Set of Interrogatories, First Set of Requests for Production, and First Set of Requests for Admission (collectively the "Discovery Requests") on March 13, 2018. Responses to this discovery are due on April 12, 2018.

2. Since the Discovery Requests were served, HSN has diligently sought the information requested. However, the subject matter of this lawsuit relates to QR codes and HSN has not used QR codes for many years, making it difficult to locate the information sought by the Discovery Requests. For example, many of the individuals at HSN who would have knowledge of HSN's use of QR codes no longer work for HSN.

3. No party will be prejudiced by the brief extension requested, this motion is not made for the purposes of delay, and Coding Technologies' counsel does not oppose the extension.

**MEMORANDUM OF LAW**

1. "When an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

2. This motion is filed prior to the expiration of the original deadlines for the responses and answers to be filed. This motion is not filed for purposes of delay and is not the product of a lack of diligence on the part of HSN.

**LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL**

The undersigned hereby certifies that he has duly conferred with counsel for Coding Technologies regarding the relief requested in this motion, who does not oppose the relief sought in this motion.

DATED: April 12, 2018

Respectfully submitted,

By: */s/ Richard H. Martin*

Joseph R. Lanser (admitted *pro hac vice*)
Email: jlanser@seyfarth.com
Patrick T. Muffo (admitted *pro hac vice*)
Email: pmuffo@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-5548
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Richard H. Martin, Esq.
Florida Bar Number: 579831
Email: richard.martin@akerman.com
Secondary Email:
Nicole.emmett@akerman.com
Joseph Shaheen, Esq.
Florida Bar Number: 212385
Email: joseph.shaheen@akerman.com
Secondary Email:
judy.barton@akerman.com
AKERMAN LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602-5250
Phone: (813) 223-7333
Fax: (813) 223-2837

Attorneys for Defendant
HSN, Inc.

**CERTIFICATE OF SERVICE**

I, Richard H. Martin, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Middle District of Florida using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on April 12, 2018.

*/s/ Richard H. Martin*

Richard H. Martin
Akerman LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602-5250
Email: richard.martin@akerman.com