UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CODING TECHNOLOGIES, LLC,**

    Plaintiff,

v.                                 Case No: 8:17-cv-2401-T-35CPT

**HSN, INC.,**

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 27, 2018, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 32) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of June, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party